**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 6/22/2018 |
| NAME OF SERVER (PRINT) WILLIAM MCGOVERN | TITLE MARK & MARK |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: LOIS GRASSO

☐ Returned unexecuted: _____

☒ Other (specify): PLACE OF BUSINESS 1/01 RT 70 W CHERRY HILL NJ - SECRETARY LOIS GRASSO

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/22/2018
                  Date

Signature of Server

107 BROAD ST, MAINESPORT UNIT 596
Address of Server